United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SOLEDAD BARRAGAN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 5:22-CV-48 |
| STATE FARM LLOYDS *et al.*, | | |
| Defendant. | | |

# ORDER

Plaintiff has filed a motion to remand arguing that Defendant Celine Flores divests this Court of diversity jurisdiction (Dkt. No. 3). The United States Magistrate Judge issued a Report and Recommendation (the "Report") that recommended Plaintiff's motion be denied (Dkt. No. 6). The Report concluded (1) Defendant timely removed this case, (2) the amount in controversy exceeds $75,000, and (3) because Plaintiff improperly joined Flores, the parties are completely diverse (*id.*). No party filed objections within the 14-day objection period. *See* 28 U.S.C. § 636(b)(1). Accordingly, the parties waived their right to a *de novo* review of the Report. *See id.*

Having reviewed the Report and finding no clear error, the Court hereby **ADOPTS** the Report's ultimate conclusions. Plaintiff's motion to remand (Dkt. No. 3) is **DENIED**. Because Defendant Celine Flores is improperly joined, the Clerk of Court is **DIRECTED** to **TERMINATE** her from this action. Plaintiff Soledad Barragan and Defendant State Farm Lloyds remain active parties.

It is so **ORDERED**.

**SIGNED** December 21, 2022.

                                                                                 Marina Garcia Marmolejo
                                                                                 United States District Judge